IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PEDROTTI'S NORTH WIND RANCH LLC<br>PEDROTTI'S RANCH<br>  *Plaintiff,*<br><br>v.<br><br>GREAT AMERICAN INSURANCE<br>COMPANY<br>  *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:26-cv-01350 |

### DEFENDANT GREAT AMERICAN INSURANCE COMPANY'S
### <u>NOTICE OF REMOVAL</u>

TO THE HONORABLE JUDGE OF THIS COURT:

GREAT AMERICAN INSURANCE COMPANY (hereinafter "Great American"), Defendant in the above styled and numbered cause, files this, its Notice of Removal, and would show the Court as follows:

1. Great American has been sued in a civil action styled Cause No. 2026CI01933; *Pedrotti's North Wind Ranch LLC Pedrotti's Ranch v. Great American Insurance Company*; in the 166th District Court of Bexar County, Texas (hereafter referred to as "the state court action"). The original petition in the state court action was filed January 27, 2026. On February 10, 2026, Great American received citation and a copy of the petition. This Notice is filed with thirty (30) days of receipt of service pursuant to 28 U.S.C. §1446(b)(2). Diversity jurisdiction is proper pursuant to 28 U.S.C. §1332.

2. Great American files this notice of removal pursuant to the provisions of 28 U.S.C. §1441, *et. seq.*, to remove this action from the District Court of Bexar County, Texas to the United States District Court for the Western District of Texas, San Antonio Division.

3. Plaintiff, in its original petition, alleges that Defendant Great American wrongfully

denied or delayed payment for claims for damage to a structure allegedly resulting from a covered cause of loss that is insured by Great American, thereby breaching the policy of insurance issued by Great American to Plaintiff. Plaintiff also alleges that Defendant Great American violated Chapters 541 and 542 of the Texas Insurance Code. Plaintiff further alleges that Great American's actions in investigating and delaying or denying Plaintiff's claim for insurance benefits constituted a violation of the common law duty of good faith and fair dealing.

4. This Court has original jurisdiction over this civil action under the provisions of 28 U.S.C. §1332. Plaintiff is a citizen of the state of Texas. A corporation is a citizen of the state where it is incorporated and the state where it has its principal place of business. *See Thompson v. Deutsche Bank Nat'l Tr. Co.*, 775 F.3d 298, 303 (5th Cir. 2014) (citing *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999). Therefore, for purposes of diversity, Great American is a citizen of Ohio.

5. Based on the information contained within Plaintiff's original petition filed in State Court, it appears the amount in controversy in this lawsuit is in excess of $75,000, exclusive of interest and costs.

6. Venue is proper in the San Antonio Division of the Western District of Texas pursuant to 28 U.S.C. § 1441(a), because the same district and division embrace Bexar County, the county in which Plaintiff filed the suit being removed and where such action is pending. 28 U.S.C. § 1441(a); *Burlington N. & Santa Fe Ry. Co. v. Herzog Servs., Inc.*, 990 F. Supp. 503, 504 (N.D. Tex. 1998).

7. In accordance with 28 U.S.C. § 1446(a), the following are attached hereto:

- Exhibit A:   Index of Matters Being Filed;
- Exhibit B:   A copy of the Citation as to Great American Insurance Company;

- Exhibit C:    Plaintiff's Original Petition;
- Exhibit D:    Defendant Great American Insurance Company's Original Answer;
- Exhibit E:    The state court's Docket Sheet;
- Exhibit F:    List of all Parties and Counsel of record; and
- Exhibit G:    Defendant Great American Insurance Company's Consent to Removal of Case to Federal Court.

8. The citation and petition in this action were served on Great American on February 10, 2026 by serving its registered agent: United Agent Group Inc., 2595 North Dallas Parkway, Suite 350, Frisco, Texas 75034. This notice of removal is being filed within one year of the date this action commenced.

9. In accordance with 28 U.S.C. §1446(d), written notice of the filing of this notice of removal will be promptly served upon all adverse parties, and a copy of this notice of removal promptly will be filed with the Clerk of the 166th District Court of Bexar County, Texas.

Defendant Great American Insurance Company respectfully requests that this action be removed to this Court and that this Court accept jurisdiction of this action and place this action on the docket of this Court for further proceedings as though the action originally had been instituted in this Court.

Respectfully submitted,

GAUNTT KOEN BINNEY & KIDD, LLP

By: _____
J. Chad Gauntt
State Bar No. 07765990
25700 I-45 North, Suite 130
Spring, Texas 77386
Telephone:    281-367-6555
Facsimile:    281-367-3705
Email: chad.gauntt@gkbklaw.com
Counsel for Defendant,
Great American Insurance Company

3

## **CERTIFICATE OF SERVICE**

       This pleading was served in compliance with Rule 5 Federal Rules of Civil Procedure on March 2, 2026, via facsimile, first class regular mail, certified mail, return receipt requested and/or electronically.

Maria Gerguis (SBN: 24090355)
Richard D. Daly (SBN: 00796429)
Daly & Black, P.C.
2211 Norfolk St., Suite 300
Houston, TX  77098
Telephone:     713-655-1405
Facsimile:      713-655-1587
Email:             mgerguis@dalyblack.com
                 rdaly@dalyblack.com
                 ecfs@dalyblack.com
*Attorney for Plaintiff*

                                                         _____
                                                             J. Chad Gauntt